# EXHIBIT 1

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50

**United States Patent and Trademark Office**

Corrected

Reg. No. 2,899,410

Registered Nov. 2, 2004

OG Date Nov. 8, 2005

## TRADEMARK
## PRINCIPAL REGISTER

### EGRIPS

FLEXIBLE INNOVATIONS, LTD. (TEXAS
LIMITED PARTNERSHIP)
P.O. BOX 101029
FORT WORTH, TX 761851029

FOR: ELASTOMERIC APPLIQUE FOR
PLACEMENT ONTO HANDHELD ELEC-
TRONIC DEVICES TO PROVIDE ANTI-
SLIP AND SHOCK ABSORPTION, IN
CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35
AND 50).

FIRST USE 6-5-2003; IN COMMERCE
6-5-2003.

SER. NO. 78-200,215, FILED 1-6-2003.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 8, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 17

Prior U.S. Cls.: 1, 5, 12, 13, 35, and 50

**United States Patent and Trademark Office**

Reg. No. 3,071,930
Registered Mar. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# EGRIPS TECHNOLOGY

FLEXIBLE INNOVATIONS, LTD. (TEXAS LIMITED PARTNERSHIP)
P.O. BOX 101029
FORT WORTH, TX 76185

FOR: ELASTOMERIC ANTI-SLIP FILM FOR USE IN CREATING GRIPPING SURFACES, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FIRST USE 6-1-2004; IN COMMERCE 6-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,899,410.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TECHNOLOGY", APART FROM THE MARK AS SHOWN.

SN 78-386,004, FILED 3-17-2004.

MICHAEL SOUDERS, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 3,241,940**

## United States Patent and Trademark Office

**Registered May 15, 2007**

## TRADEMARK
### PRINCIPAL REGISTER

# PHONE TREDZ

FLEXIBLE INNOVATIONS, LTD. (TEXAS LIMITED PARTNERSHIP)
P.O. BOX 101029
FORT WORTH, TX 76185

   FOR: ELASTOMERIC APPLIQUES FOR PLACEMENT ONTO HANDHELD DEVICES TO PREVENT SLIPPING, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

   FIRST USE 6-20-2006; IN COMMERCE 6-20-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PHONE", APART FROM THE MARK AS SHOWN.

   SER. NO. 78-915,196, FILED 6-23-2006.

HEATHER THOMPSON, EXAMINING ATTORNEY

**Int. Cl.: 17**

**Prior U.S. Cls.: 1, 5, 12, 13, 35 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,377,016
Registered Feb. 5, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# TREDZ

FLEXIBLE INNOVATIONS, LTD. (TEXAS LIM-
ITED PARTNERSHIP)
P.O. BOX 101029
FORT WORTH, TX 76185

FOR: ELASTOMERIC APPLIQUES FOR PLACE-
MENT ONTO HANDHELD DEVICES TO PREVENT
SLIPPING, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND
50).

FIRST USE 6-20-2006; IN COMMERCE 6-20-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-035,029, FILED 11-2-2006.

CHARISMA HAMPTON, EXAMINING ATTORNEY

Int. Cl.: **12**

Prior U.S. Cls.: **19, 21, 23, 31, 35, and 44**

**United States Patent and Trademark Office**

Reg. No. 3,419,113
Registered Apr. 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# TANK TREDZ

FLEXIBLE INNOVATIONS, LTD. (TEXAS LIM-
ITED PARTNERSHIP)
P.O. BOX 101029
FORT WORTH, TX 76185

FOR: ELASTOMERIC APPLIQUES FOR PLACE-
MENT ONTO MOTORCYCLES, ALL-TERRAIN VE-
HICLES, AND BICYCLES TO PREVENT RIDERS
FROM SLIPPING, IN CLASS 12 (U.S. CLS. 19, 21, 23,
31, 35 AND 44).

FIRST USE 1-30-2007; IN COMMERCE 1-30-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 77-035,061, FILED 11-2-2006.

CHARISMA HAMPTON, EXAMINING ATTORNEY

**SINGAPORE**
**TRADE MARKS ACT**
**(CHAPTER 332)**
**CERTIFICATE ISSUED UNDER SECTION 15(5)**

# EGRIPS

TRADE MARK NO : T0711913Z

TO : FLEXIBLE INNOVATIONS, LTD.

    *I HEREBY CERTIFY that under the provisions of the Trade Marks Act 1998, your name has been entered in the Register as proprietor of the above numbered Trade Mark as from the 1st day of June, 2007 in Class 17 in respect of the following:*

Class 17
Anti-slip elastomeric polymers for placement onto handheld electronic devices.

REGISTRAR OF TRADE MARKS
SINGAPORE

        Ms Liew Woon Yin
          **Registrar**

Registration is for a period of 10 years and may be renewed at the expiration of this period and upon the expiration of each succeeding period of 10 years

**Australian Government**

IP Australia

# CERTIFICATE OF REGISTRATION OF
# TRADE MARK

No. 1052484

I, **RUTH NAOMI MACKAY, Registrar of Trade Marks** hereby certify –

that the trade mark represented on this certificate has been registered as a Trade Mark, No. 1052484 in the Register of Trade Marks for a period of ten years commencing **26 April 2005** and that **Flexible Innovations, Ltd. a Texas limited partnership** of **1120 South Freeway, Suite 204, Fort Worth, Texas 76104, UNITED STATES OF AMERICA** has been entered in the Register of Trade Marks as the owner of the trade mark.

The trade mark is registered for the following goods and/or services:
**Anti-slip elastomeric applique for placement onto handheld electronic devices** being goods in **class 17**

THE SCHEDULE

## EGRIPS

*Given under my hand and the seal of the Trade Marks Office on 5 December 2005*



*Ruth Naomi Mackay*

**RUTH NAOMI MACKAY**
**REGISTRAR OF TRADE MARKS**

TRADE MARKS ACT 1995

Intellectuelle
du Canada

Un organisme
d'Industrie Canada

Intellectual Property
Office

An Agency of
Industry Canada

## *Marques de commerce*
### *Certificat d'enregistrement*

## *Trade-marks*
### *Certificate of Registration*

**La présente atteste** que la marque de commerce identifiée dans l'extrait ci-joint, tiré du registre des marques de commerce, a été enregistrée et que ledit extrait est une copie conforme de l'inscription de son enregistrement. **Conformément** aux dispositions de la *Loi sur les marques de commerce*, cette marque de commerce est renouvelable tous les quinze ans à compter de la date d'enregistrement.

**This is to certify that** the trade-mark, identified in the attached extract from the register of trade-marks, has been registered and that the said extract is a true copy of the record of its registration. In accordance with the provisions of the Trade-marks Act, this trade-mark is subject to renewal every 15 years from the registration date.

## EGRIPS

Numéro d'enregistrement
Registration Number **TMA665,169**

Numéro de dossier
File Number **1255019**

Registraire des marques de commerce
Registrar of Trade-marks
(CIPO 196)12-04

Date d'enregistrement
Registration Date **29 mai/May 2006**





O P I C    C I P O

**APPL'N/DEM. NO  1 255 019     REGISTRATION/ENREGISTREMENT NO TMA665,169**

**FILING DATE/DATE DE PRODUCTION:**                        21 avr/Apr 2005
**REGISTRATION DATE/DATE D'ENREGISTREMENT:**               29 mai/May 2006

**REGISTRANT/PROPRIÉTAIRE ORIGINAL:**
FLEXIBLE INNOVATIONS, LTD., a legal
entity
1120 South Freeway, Suite 204
Fort Worth, Texas 76104
UNITED STATES OF AMERICA

**REP FOR SERVICE/REP POUR SIGNIFICATION:**
RICHES, MCKENZIE & HERBERT LLP
SUITE 1800
2 BLOOR STREET EAST
TORONTO
ONTARIO M4W 3J5

**TRADE-MARK/MARQUE DE COMMERCE:**

# EGRIPS

**WARES/MARCHANDISES:**

Anti-slip elastomeric applique for placement onto handheld electronic devices.

**CLAIMS/REVENDICATIONS:**

Used in CANADA since at least as early as July 23, 2003 on wares.

Registered / Enregistré 18/05/2006

No 004351995

EGRIPS

The President / Le Président

Wubbo de Boer

# OHIM – OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET

## TRADE MARKS AND DESIGNS

## CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Community Trade Mark identified below. The corresponding entries have been recorded in the Register of Community Trade Marks.

# OHMI – OFFICE DE L'HARMONISATION DANS LE MARCHÉ INTÉRIEUR

## MARQUES, DESSINS ET MODÈLES

## CERTIFICAT D'ENREGISTREMENT

Le présent Certificat d'Enregistrement est délivré pour la marque communautaire identifiée ci-joint. Les mentions et les renseignements s'y rapportant ont été inscrits au Registre des Marques Communautaires

| | |
|---|---|
| 210 | 004351995 |
| 220 | 21/04/2005 |
| 400 | 28/11/2005 |
| 151 | 18/05/2006 |
| 450 | 19/06/2006 |
| 186 | 21/04/2015 |
| 541 | EGRIPS |
| 732 | Flexible Innovations, Ltd.<br>1120 South Freeway, Suite 204<br>Fort Worth, Texas 76104<br>US |
| 740 | DENNEMEYER & ASSOCIATES<br>55, rue des Bruyères<br>1274 Howald<br>LU |
| 270 | EN FR |

511  ES - 17
Aplicación elastomérica antideslizante para su colocación en dispositivos electrónicos de mano.

CS - 17
Elastomerní aplikace proti klouzání pro umístění na ruční elektronická zařízení.

DA - 17
Skridsikre elastomerapplikationer til anbringelse på håndholdt elektronisk udstyr.

DE - 17
Rutschsichere Elastomerbesätze zum Anbringen an elektronischen Taschengeräten.

ET - 17
Pihushoitavatele elektroonilistele seadmetele pealepandav libisemisvastane elastomeerkiht.

EL - 17
Αντιολισθητικά ελαστομερή απλικέ για τοποθέτηση σε χειροκίνητες ηλεκτρονικές διατάξεις.

EN - 17
Anti-slip elastomeric applique for placement onto handheld electronic devices.

FR - 17
Applique élastomère anti-dérapante à fixer sur des dispositifs portables électroniques.

IT - 17
Applicazioni elastomeriche anti-scivolo da collocare su dispositivi elettronici tascabili.

LV - 17
Neslīdošas elastomēra aplikācijas, kuras līmē uz rokas elektroniskām ierīcēm.

LT - 17
Neslidžios elastomerinės aplikacijos, skirtos uždėti ant nešiojamų elektroninių prietaisų.

HU - 17
Kézi elektronikai eszközökre rátehető csúszásgátló elasztomer rátét.

MT - 17
qoxra tal-lastku li ma' tiżloqx li titpoġġa fuq apparat elettroniku li jinżamm fl-idejn.

NL - 17
Een elastomere antislipapplicatie voor plaatsing op draagbare elektronische apparaten.

PL - 17
Anti-slip elastomeric applique for placement onto handheld electronic devices.

PT - 17
Aplique elastomérico antideslizante para colocação em dispositivos electrónicos portáteis.

SK - 17
Protišmykové elestomerické časti pre vreckové elektronické zariadenia.

SL - 17
Protizdrsne zaplate iz elastomerov za nameščaje na ročne elektronske naprave.

FI - 17
Elastomeerista tehdyt luistonestopäälliset asetettavaksi kädessä pidettäviin elektroniikkalaitteisiin.

SV - 17
Elastomeriska glidskydd för placering på handhållna elektroniska anordningar.



OFFICE FOR HARMONIZATION
IN THE INTERNAL MARKET
TRADE MARKS AND DESIGNS

ADMINISTRATION OF TRADE MARKS AND DESIGNS DEPARTMENT
Register and Related Databases Service

| | |
|---|---|
| 210 | File number of the application<br>Date de dépôt de la demande<br>Aktenzeichden der Anmeldung |
| 220 | Filing date of application<br>Date de dépôt de la demande<br>Anmeldetag |
| 400 | Date(s), number(s) and page(s) of previous publication(s) in the CTM Bulletin<br>Date(s), numéro(s) et page(s) de la/des publication(s) antérieure(s) au Bulletin des MC<br>Datum/Daten, Nummer(n) und Seite(n) der früheren Veröffentlichung(en) im Blatt für Gemeinschaftsmarken |
| 151 | Date of the registration<br>Date d'enregistrement<br>Tag der Eintragung |
| 450 | Date of publication in the registration in the CTM Bulletin<br>Date de publication de l'enregistrement au Bulletin des marques communautaires<br>Tag der Veröffentlichung der Eintragung im Blatt für Gemeinschaftsmarken |
| 186 | Expected expiration date of the renewal<br>Date d'expiration présumé du renouvellement<br>Erwartetes Ablaufdatum der Verlängerung |
| 571 | Description of the trademark<br>Description de la marque<br>Beschreibung der Marke |
| 591 | Indication of colours or colours<br>Indication de la ou des couleurs<br>Angabe der Farbe(n) |
| 531 | Figurative elements (Vienna Classification)<br>Eléments figuratifs (classification de Vienne)<br>Bildbestandteile (Wiener Klassifikation) |
| 526 | Disclaimer |

| | |
|---|---|
| 521 | Acquisition of distinctive character by use<br>Acquisition de caractère distinctif par l'usage<br>Durch Benutzung erlangte Unterscheidungskraft |
| 731 | Name, address and nationality of the applicant<br>Nom, adresse et nationalité du demandeur<br>Name, Anschrift und Staatsangehörigkeit des Anmelders |
| 740 | Name and address of representative<br>Nom et adresse du représentant<br>Name und Anschrift des Vertreters |
| 270 | Language in which the application is filed and second language<br>Indication de la première et de la deuxième langue de la demande<br>Sprache, in der die Anmeldung eingereicht wurde, und zweite Sprache |
| 511 | Goods and services grouped (Nice Classification)<br>Liste des produits et services par classe de la Classification de Nice<br>Verzeichnis der in Übereinstimmung mit den Klassen der Nizzaer Klassifikation in Gruppen |
| 300 | Country, date and number of the application for which priority is claimed<br>Pays, date et numéro de demande dont la priorité est revendiquée<br>Land, Datum und Nummer der Anmeldung, deren Priorität in Anspruch genommen wird |
| 230 | Name of the exhibition and date of the first display (priority under Art. 33)<br>Nom de l'exposition et date de première presentation (priorité d'exposition conformément à l'article 33)<br>Name der Ausstellung und Tag der ersten Zurschaustellung (Priorität gemäss Artikel 33) |
| 350 | Seniority : country ; (a) registration number ; (b) registration date ; (c) filing date ; (d) date of priority<br>Ancienneté : pays ; (a) numéro d'enregistrement ; (b) date d'enregistrement ; (c) date de dépôt; (d) date de priorité<br>Zeitrang : Land ; (a) Nummer der Eintragung ; (b) |

**The Trademark Office of State Administration for Industry and Commerce**

Address:8, Sanlihe Dong Road,Xicheng District,Beijing                    Zip Code:100820

Bar Code:

FLEXIBLE INNOVATIONS, LTD.

1120 SOUTH FREEWAY, SUITE 204, FORT WORTH, TEXAS 76104, TEXAS

UNITED STATES OF AMERICA

Issuing Date:   November 15,2005

Issuing No:    ZC4621998SL

Agent's Ref.:   TN 050725

| | |
|---|---|
| Appln.Date:    April 25, 2005 | Applicant:  FLEXIBLE INNOVATIONS, LTD. |

| | | | |
|---|---|---|---|
| Appln.No.:   4621998 | Class:   9 | Registration no: | |

### Receipt of Application for Trademark Registration

According to the Trademark Law and its Implementing Regulations,the application for

Trademark Registration of the above trademark is received by this Office.

The

Trademark Office

(Seal)

地址：北京市西城区三里河东路 8 号　　　　　　　　　　邮政编码：100820

| | |
|---|---|
| 邮政编码：<br><br>美国得克萨斯州沃恩堡市南自由路 1120 号<br><br>灵活创新有限公司 | 发文日期：<br>　　2005 年 11 月 15 日<br>发文编号：<br>　　ZC4621998SL<br>代理文号 |

\*ZC4621998 SL\*

申请日期：2005 年 4 月 25 日　　申请号：4621998　　类　别：17

申 请 人：灵活创新有限公司

## 注册申请受理通知书

灵活创新有限公司：

　　根据《商标法》和《商标法实施条例》有关规定，此商标的注册申请我局已受理。

# EGRIPS



北京中咨爱普商标代理有限公司

邮政编码：

美国得克萨斯州沃恩堡市南自由路 1120 号

灵活创新有限公司

*ZC4621998 BZ1*

发文日期：
　　2005 年 7 月 12 日
发文编号：
　　4621998BZ1
代理文号

| 申请日期：2005 年 4 月 25 日 | 申请人：灵活创新有限公司 | |
|---|---|---|
| 申请号：4621998 | 类别：17 | 商标：EGRIPS |

## 商标注册申请补正通知书

灵活创新有限公司：

　　上述商标的注册申请收悉。经审查，需按下列指定内容补正：

　　● "用于装在手持电子装置上的防滑弹性嵌花" 不规范，应按规范的名称申报。

　　根据《中华人民共和国商标法实施条例》第十八条第二款的规定，请自收到本通知书之日起 30 日内，按照指定内容补正，并将本通知书原件交回我局。期满未补正的，视为放弃申请（补正后的内容请填在背面相应的栏目内，并加盖申请人或代理人印章）

　　特此通知



# 国家工商行政管理总局商标局

邮政编码：

美国得克萨斯州沃恩堡市南自由路 1120 号

灵活创新有限公司

发文日期：
2005 年 7 月 12 日

发文编号：
4621998BZ1

代理文号

---

| 申请日期：2005 年 4 月 25 日 | 申请人：灵活创新有限公司 |
|---|---|
| 申 请 号：4621998 | 类 别：17 | 商标：EGRIPS |

---

## 商标注册申请补正通知书

灵活创新有限公司：

上述商标的注册申请收悉。经审查，需按下列指定内容补正：

"用于装在手持电子装置上的防滑弹性嵌花" 不规范，应按规范的名称申报。

根据《中华人民共和国商标法实施条例》第十八条第二款的规定，请自收到本通知书之日起 30 日内，按照指定内容补正，并将本通知书原件交回我局。期满未补正的，视为放弃申请（补正后的内容请填在背面相应的栏目内，并加盖申请人或代理人印章）

特此通知



2005 年 7 月
商标局

北京中资爱普商标代理有限公司

0000800
TOTAL P.02

# TỜ KHAI
## ĐĂNG KÝ NHÃN HIỆU

Kính gửi: Cục Sở hữu trí tuệ
386 Nguyễn Trãi, Hà Nội

**DẤU NHẬN ĐƠN**
*(dành cho cán bộ nhận đơn)*

CỤC SỞ HỮU TRÍ TUỆ
NATIONAL OFFICE OF INTELLECTUAL PROPERTY

NGÀY 1 7 -07- 2007

4 - 2007 - 13467

**NH**

Chủ đơn dưới đây yêu cầu Cục Sở hữu trí tuệ xem xét đơn và cấp Giấy chứng nhận đăng ký nhãn hiệu*

---

**①** **NHÃN HIỆU**

Mẫu nhãn hiệu

# EGRIPS

Loại nhãn hiệu yêu cầu đăng ký

☑ Nhãn hiệu thông thường
☐ Nhãn hiệu tập thể
☐ Nhãn hiệu liên kết
☐ Nhãn hiệu chứng nhận

**Mô tả nhãn hiệu:**

Màu sắc: đen, trắng

Mô tả: Nhãn hiệu là từ "EGRIPS" viết in hoa, màu đen trên nền màu trắng. "EGRIPS" là từ tự đặt, không có ý nghĩa gì.

---

**②** **CHỦ ĐƠN**
*(Tổ chức, cá nhân yêu cầu cấp Giấy chứng nhận đăng ký nhãn hiệu)*

Tên đầy đủ: **Flexible Innovations, Ltd.**

Địa chỉ: **1120 South Freeway, Suite 204, Fort Worth, 76104, United States of America**

Điện thoại: Fax: Email:

☐ Ngoài chủ đơn khai tại mục này còn có những chủ đơn khác khai tại trang bổ sung

---

**③** **ĐẠI DIỆN CỦA CHỦ ĐƠN** 010

☐ là người đại diện theo pháp luật của chủ đơn
☑ là tổ chức dịch vụ đại diện sở hữu công nghiệp được uỷ quyền của chủ đơn
☐ là người khác được uỷ quyền của chủ đơn

Tên đầy đủ: **Công ty TNHH Banca**

Địa chỉ: **15B Triệu Việt Vương, Hà Nội**

Điện thoại: **9433007/008** Fax: **9433009/283** E-mail: **banca@fpt.vn**

---

**⑧** **CHỦ ĐƠN/ĐẠI DIỆN CỦA CHỦ ĐƠN KÝ TÊN**

---

* Chú thích: Trong trang này và các trang sau, chủ đơn/đại diện của chủ đơn đánh dấu "x" vào ô vuông ☐ nếu các thông tin ghi sau các ô vuông là phù hợp.

-1-



# 商標登録証
### (CERTIFICATE OF TRADEMARK REGISTRATION)

## 登録第４９８７４４５号
### (REGISTRATION NUMBER)

商標(THE MARK)　　　（標準文字）

EGRIPS

指定商品又は指定役務並びに商品及び役務の区分(LIST OF GOODS AND SERVICES)

第１７類　　携帯電話機等の機械器具の形に合わせてカット可能なエラストマー製
滑り止めシート，その他エラストマー製滑り止めシート

商標権者(OWNER OF THE TRADEMARK RIGHT)

アメリカ合衆国　７６１０４　テキサス州　フォートワース　サウス　フリーウェ
イ　１１２０　スイート　２０４
国籍　アメリカ合衆国
　　　フレキシブル　イノヴェイションズ　リミテッド



出願番号(APPLICATION NUMBER)　　　　　商願２００５－０３６３０４

出願年月日(FILING DATE)　　　　　　　平成１７年　４月２２日(April 22,2005)

この商標は、登録するものと確定し、商標原簿に登録されたことを証する。
### (THIS IS TO CERTIFY THAT THE TRADEMARK IS REGISTERED ON THE REGISTER OF THE JAPAN PATENT OFFICE.)

平成１８年　９月１５日(September 15,2006)

特許庁長官(COMMISSIONER, JAPAN PATENT OFFICE)





MINISTRY OF SCIENCE & TECHNOLOGY NATIONAL OFFICE OF INTELLECTUAL PROPERTY

--------------------------------

No: 729/QĐ-SHTT

SOCIAL REPUBLIC OF VIETNAM
Independence-Freedom-Happiness
----------------------------

*Hanoi, January 08, 2008*

## DECISION
on acceptance of trademark application
_____

### DIRECTOR OF THE NATIONAL OFFICE OF INTELLECTUAL PROPERTY

Basing on the Regulation of Organization and Operation of the National Office of Inetllectual Property issued under Decision No.14/2004/QĐ-BKHCN dated 25 June 2004 by the Minister of Science and Technology;

Basing on the items 13.2 and 13.6.b in the Circular No.01/2007/TT-BKHCN dated 14 February 2007 issued by the Minister of Science and Technology guiding implementation of Decree No.103/2006/NĐ-CP;

Basing on the formality examination result of the application:
**No. 4-2007-13467**

### DECIDE:

**Article 1**. The above application is officially accepted with following details:

| | |
|---|---|
| Filing date: | July 17, 2007 |
| Applicant: | Flexible Innovations, Ltd. (US) |
| Address: | 1120 South Freeway, Suite 204, Fort Worth, 76104, United States of America |
| Agent: | BANCA |
| Trademark: | EGRIPS |
| Class: | 17 |

**Article 2**. The application will be published on Industrial Property Gazette within two (2) months counting from the date of signing this Decision and subjected to further substantive examination.

**Article 3**. Chief of Secretariat, Head of Registry, Director of Information Center are responsible for the implementation of this Decision.

**For and on behalf of**
The Director of the National Office of Intellectual Property
Head of the Trademark Department No.2

**To:**
- As above
- For archives, profile

(signed and sealed)

**Nguyen Thi Minh Hien**

Banque Internationale
Luxembourg
IBAN LU78 0029 1003 7499 2100
9-100/3749/921 (Euro)

Barclays Bank Limited
London
300/13005

**DENNEMEYER & ASSOCIATE** (S.A.)
**CONSEILS EN PROPRIETE INDUSTRIELLE**
**EUROPEAN PATENT ATTORNEYS**

P.O. Box 1502                 Tel: 49 98 41-1
L-1015 Luxembourg             Fax: 49 98 41-333

E-mail: bleyer@dennemeyerip.com

The Riggs National Bank
Washington D.C. 20013
17-150-873

Deutsche Bank A.G.
München
4002531 A (BLZ: 700 700 10)

Law Offices Of James E. Walton, P.L.L.C.
Mr James E. Walton
1169 N. Burleson Blvd
Suite 107-328
Burleson, Texas 76028
United States of America

Date:        15-Mar-2006

## REGISTRATION REPORT

We are pleased to advise you that the trademark application identified below has been registered with the following particulars. Kindly find attached hereto the registration document.

| | |
|---|---|
| Trademark | **EGRIPS** |
| Country | **Korea (South)** |
| Applicant | **Flexible Innovations, Ltd.** |
| Division | |
| Basic Registration | |
| Priority | |
| Your Reference | **0771MH-42185-KR** |
| Our Reference | **025024-KR** |
| Classes (N/I) | **/17** |
| Application No. | **2005-17844** |
| Application Date | **22-Apr-2005** |
| Registration No. | **648948** |
| Registration Date | **26-Jan-2006** |
| Grant Date | |
| Next Renewal due | **26-Jan-2016** |
| Next Other Actio | |
| Use compulsory | **YES within 3 years from Registration Date** |



RECEIVED
MAR 2 0 2006
LAW OFFICES OF
JAMES E. WALTON, P.L.L.C.

/translation/

# *Certificate of Trademark Registration*

| | | |
|---|---|---|
| Registration No. | : | 648948 |
| Application No. | : | 2005-17844 |
| Application Date | : | April 22, 2005 |
| Registration Date | : | January 26, 2006 |
| Registrant | : | Flexible Innovations, Ltd. |
| | | 1120 South Freeway, Suite 204 FortWorth, Texas 76104 U.S.A. |
| Mark | : | **EGRIPS** |
| Class | : | 17 |

Designated Goods

    Anti-slip elastomeric applique for placement onto handheld electronic devices

*This is to certify that the trademark is registered on the Register of the Korean Intellectual Property Office*

*Date this 26th day of January, 2006*
*The Commissioner of*
*The Korean Intellectual Property Office*



# 상표등록증

## CERTIFICATE OF TRADEMARK REGISTRATION

등 록 제 0648948 호
(REGISTRATION NUMBER)

출원번호 제 2005-0017844 호
(APPLICATION NUMBER)

출 원 일 2005년 04월 22일
(FILING DATE:YY/MM/DD)

등 록 일 2006년 01월 26일
(REGISTRATION DATE:YY/MM/DD)

상표권자
(OWNER OF THE TRADEMARK RIGHT)

플렉시블 인노베이션스, 리미티드

미합중국, 텍사스, 포스워스 슈트 204, 사우스프리웨이 1120
(우:76104)

상표를 사용할 상품 및 구분
(LIST OF GOODS)

제 17 류

**EGRIPS**

휴대용 소형전자기기에 부착되는 미
끄럼방지용 엘라스토머아플리케(Ant
i-slip elastomeric applique for p
lacement ontohandheld electronic
devices-미끄럼방지를 위한 고무조각
)

위의 표장은 「상표법」에 의하여 상표등록원부에 등록
되었음을 증명합니다.
(THIS IS TO CERTIFY THAT THE TRADEMARK IS REGISTERED ON THE REGISTER OF THE KOREAN
INTELLECTUAL PROPERTY OFFICE.)

2006년 01월 26일



특 허 청

COMMISSIONER, THE KOREAN INTELLECTUAL PROPERTY OFFICE



(TRANSLATION)

# *TRADEMARK GAZETTE*

| | | |
|---|---|---|
| Trademark | : | **EGRIPS** |
| Class | : | 17 |
| Publication Number | : | 2005-68980 |
| Publication Date | : | November 25, 2005 |
| Application Number | : | 2005-17844 |
| Application Date | : | April 22, 2005 |
| Applicant | : | Flexible Innovations, Ltd. |
| | | 1120 South Freeway, Suite 204 FortWorth, Texas 76104 U.S.A. |
| Agent | : | E. M. Hwang |
| Examiner | : | S. M. LEE |

Designated Goods

Anti-slip elastomeric applique for placement onto handheld electronic devices

# TITULO DE REGISTRO DE MARCA



**Instituto Mexicano de la Propiedad Industrial**

**Titular**      **FLEXIBLE INNOVATIONS, LTD.**

Nacionalidad    ESTADOUNIDENSE

Domicilio    1120 SOUTH FREEWAY, SUITE 204
FORT WORTH, TX.    76104      ESTADOS UNIDOS

Establecimiento    171 W. ST. CHARLES ROAD
CAROL STREAM, IL.    60188      ESTADOS UNIDOS

**Marca**      **890918**                  Tipo de Marca      NOMINATIVA

**Signo distintivo**    **EGRIPS**

Clase 17

Se aplica a      APLICACIONES DE ELASTOMERO ANTIDESLIZANTES PARA COLOCARSE EN DISPOSITIVOS ELECTRICOS MANUALES.

Expediente      714811

Fecha de presentación    ABR 28, 2005

Hora      15:38

Fecha de inicio de uso    OCT 12, 2004

El registro de referencia se otorga con fundamento en los artículos 1º, 2º fracción V, 6ª fracción III, 125 y 126 de la Ley de la Propiedad Industrial.

De conformidad con el artículo 95 de la Ley de la Propiedad Industrial, el presente registro tiene una vigencia de diez años contados a partir de la fecha de presentación de la solicitud y el mismo podrá renovarse por periodos de la misma duración, en los términos establecidos en los artículos 133 y 134 del mismo Ordenamiento Legal.

Quien suscribe el presente título lo hace con fundamento en los artículos 6ª fracción III y 7 bis 2 de la Ley de la Propiedad Industrial; 1º, 3º fracción V, inciso b), subíndice II) primero, segundo, tercero y cuarto guión, 4ª, 5ª, 11 fracción II, y último párrafo y 13 fracción III del Reglamento del Instituto Mexicano de la Propiedad Industrial; 3º, 4ª, 5ª párrafos vigésimo cuarto a vigésimo séptimo, 17 fracción III, 28 y 31 del Estatuto Orgánico de este Instituto; 1º, 3º y 6ª inciso a) y penúltimo párrafo del Acuerdo que delega facultades en los Directores Generales Adjuntos, Coordinador, Directores Divisionales, Titulares de las Oficinas Regionales, Subdirectores Divisionales, Coordinadores Departamentales y Otros Subalternos del Instituto Mexicano de la Propiedad Industrial.

MEXICO, D.F. A 22 DE JULIO DE 2005.

**COORDINADOR DEPARTAMENTAL DE EXAMEN DE MARCAS 'B'**

LIC. ADELA CISNEROS MEDINA

MVI/54408

1 de 1

20050269305

TRADE MARKS AND DESIGNS FORM TM1
(To be lodged in triplicate)

REVENUE STAMPS OR REVENUE
FRANKING MACHINE IMPRESSION

OFFICIAL DATE STAMP

REPUBLIC OF SOUTH AFRICA
TRADE MARKS ACT, 1993

APPLICATION FOR THE REGISTRATION OF A TRADE MARK
Sections 9, 14, 16, 42, 43 and 63 - Regulations 11, 56 and 57

APPLICATION FOR REGISTRATION OF THE ACCOMPANYING TRADE
MARK IS HEREBY MADE BY THE UNDERMENTIONED APPLICANT

**CUSTOMER CODE: CHAL**

**R590.00**

| | For office use only | |
|---|---|---|
| 21 | Application Number | 2007/12896 |
| 22 | Filing Date | 15 June 2007 |

| Applicant's or agent's reference | APP/03176 |
|---|---|
| GPA number | ATTACHED |

| NA | Nature (O = Ordinary,  CE = Certification,  CO = Collective,  CU = Honest Concurrent User) | O |
|---|---|---|

| 73 | Full name and street address of applicant | 74 | Address for service (Postal address) |
|---|---|---|---|
| | Flexible Innovations, Ltd.<br>1120 South Freeway, Suite 204<br>Fort Worth, 76104<br>United States of America | | **de Chalains**<br>**51 Marais Street, New Muckleneuk, Pretoria**<br>**P.O. Box 2854, Brooklyn Square, 0075**<br>**DX 179 Brooklyn** |

| 57 | Specification of goods / services | 51 | International Classification | 17 |
|---|---|---|---|---|

Anti-slip elastomeric appliques for placement onto handheld electronic devices.

| 58 | Endorsement(s) |
|---|---|

| Convention priority claimed | 31 | Number | 32 | Date | 33 | Country |
|---|---|---|---|---|---|---|

| 54 | Representation of trade mark | AS | Association No. (If applicable) |
|---|---|---|---|

# EGRIPS

The applicant claims to be the proprietor of the accompanying trade mark which is proposed to be or is being used in respect of the aforementioned specification of goods / services.

Dated:  15 June 2007

..............................................................................
Signature of applicant or authorised agent