# EXHIBIT 3

# egrips®
## The Non-Slip Strip®

*When applied to flat surfaces, this high performance material provides the most advanced anti-skid surface in the world!*

powered by ≋ egrips®
Technology




## Using the egrips® Non-Slip Strip®

1. Ensure that the surface of the phone is clean and free from dirt and oil.

2. Remove clear protective film from egrips® strip.

3. Peel the egrips® strip from the card and apply to the device. Product may be trimmed with a sharp pair of scissors.

If the strip loses its grip, wipe with your finger or a damp cloth to return the original grippiness.

The egrips® strip must be in contact with a clean surface in order to grip...the more surface contact, the more it grips.

CAUTION: Never place phones or accessories over airbags in vehicles. This may cause serious injury in the event of an accident.




egrips® is a registered trademark of Flexible Innovations Ltd. • Made in USA • Patents Pending

© 2006-2007 Flexible Innovations, Ltd.

# EXHIBIT 4






**Your stickkey, Your Passport to the future**

- stickkey® are revolutionary non-slip adhesive labels used on the back of mobile phones, PDAs, MP3 players.
- stickkey® have embedded RFID (radio frequency identification, microchips) to allow contactless access for use in secured door entry, micropayments and transport passes.
- Personalisation of stickkey® can be done to express your creativity.

**How to use your stickkey®**

- Peel off your stickkey membrane and place it on the portion of your phone, PDA or other surface that you wish.
- Try your stickkey® onto a contactless entrance or payment RFID reader to access your secured compartment.
- If your stickkey® peels off or dirty after repeated use, kindly wipe with a damp cloth to clean. stickkey® back to its original grippiness.

WORLDWIDE: sales@stickkey.co.uk
First Innovation Asia Pte Ltd, 133 Cecil Street #12-01 Kheatek Centre
Tel: +65 6220 6310 email: sales@stickkey.co.uk www.stickkey.com.hk



stickkey®
防滑保护贴

采用美国 egrips® 专利技术

贴在平坦的表面，此产品的高粘黏性将带来更无前例的防滑效果！

## stickkey® 防滑保护贴使用小贴示：

1. 使用前确保手机的背面和表面干净，无水渍油脂。
2. 除上防滑贴片上的保护薄膜。
3. 将防滑贴片从背卡上撕下，贴于手机背面，如有需要你可根据此产品的尺寸。

产品清晰不易失去粘贴性，你可用手指或湿布来抹去并恢复其原有的粘贴性。

使用前：请避免将手机或其他物件置放在不平坦及不安全的环境下，以避免发生交通事故引致个人安全的损伤。

**温馨提示：** 请避免将手机或其他物件置放在不平坦及不安全的环境下，以避免发生交通事故引致个人安全的损伤。





egrips® 是美国Flexible Innovations Ltd
的注册商标

stickkey®
是新加坡 Fast Innovation Asia Pte Ltd
的注册商标

进佳亚洲（香港）有限公司　香港湾湾海中121号远东发展大厦20楼2A
大陆地区联系电话：86-021-64391511　电子邮箱：info@fia.com.hk
生产地：美国博克萨斯州



# stickkey®
## 防滑保护贴

采用专利 egrips® 专利技术

贴在平坦的表面，此产品的点贴高粘着性
将带来史无前例的防滑效果！

### stickkey® 防滑保护贴使用小贴示：

1. 使用前确保手机的待面表层干净，无灰尘或油垢。
2. 除去防滑贴片上的保护薄膜。
3. 将防滑贴片从背面卡原下，贴于手机背面。如有需要亦可将
   剪此产品的尺寸。

若防滑贴片太大，太粘黏，你可用手指或湿布抹擦来恢复其保持有
的粘黏性。

防滑贴片必须贴合在干净，无灰尘的表面方可充分发挥其粘
着性能。原触的表面越大，其粘着性越强。

温馨提示：请避免将手机或其他配件置放在汽车安全气囊上，
以避免发生交通事故出现不必要的损伤。

egrips®是美国Flexible Innovations Ltd
的注册商标
stickkey
是新加坡 Fast Innovation Asia Pte  Ltd
的注册商标

速创亚洲（香港）有限公司　香港德辅道中121号东达大厦大厦9楼9A
大陆地区联系电话: 86-021-64391511　电子邮箱. info@flia.com.hk
厂地: 美国密关罗州

权有版权. 没经许授不得复制. 上海中华印务有限公司







## ASIA
速创亚洲

stickkey®

# stickkey®
## 防滑保护贴



stick ey

novation
## ASIA

---

# stickkey®
## 防滑保护贴

贴在平坦的表面，此产品的高粘黏性
将带来史无前例的防滑效果！

采用美国 eg*rips® 专利技术




## stickkey® 防滑保护贴使用小贴示：

1. 使用前确保手机的背面表层干净、无灰尘或油垢。
2. 除去防滑贴片上的保护膜。
3. 将防滑贴片从背上撕下，贴于手机背面。如有需要亦可修剪此产品的尺寸。

若防滑贴片失去粘黏性，亦可用干净或湿布抹拭擦来恢复其原有的粘黏性。

防滑贴片必须吻合在干净、无尘埃的表面方可充分发挥其粘黏性能。接触的表面越大，其粘黏性越强！

温馨提示：请切勿将手机或其他配件放在汽车的安全气囊上，以避免交通事故时不必要的损伤。



eg*rips®是美国Flexible Innovations Ltd 的注册商标

stickkey®
是新加坡 Fast Innovation Asia Pte. Ltd 的注册商标

速创亚洲（香港）有限公司   香港九龙长沙湾道121号运东发展大厦20楼3A
大埔办区联系电话：86-021-64391511   电子邮箱：info@fia.com.hk
原产地：美国德克萨斯州

# stickkey ®

**Your guide to a Singaporean Invention**



stick ey.

WHAT IS A stickkey® ?

WHAT DOES IT DO?

HOW DOES stickkeys® BENEFIT MY BUSINESS?

**FAST** ASIA

## THE KEYSMITHS?

**Who do you go to when you want to learn more about stickkey®?**

Fast Innovations Asia Pte Ltd (FIA) is the name to remember.

### FAST novations ASIA

With an exciting and growing market presence in the Asia Pacific region and with operations in Australia, China, Europe, Taiwan, India, US among others, FIA is the worldwide exclusive distributor of stickkey®.

In a nutshell, wherever you might be in the world, if you like stickkey® and want to learn more about it, FIA is the company you need to contact.

Like we said before, enjoy the benefits and leave the hassle to the experts...

FIA is your expert

stickkey® is worldwide patent pending and all and all rights are owned by stickkey® Security Access Pte Ltd.

### Contact Infomation

Fast Innovations Asia Pte Ltd
103 Beach Road
#03-01 Premier Centre
Singapore 189704

Tel +65 6338 8836
Fax +65 6338 8863
Email stickkey@fia.com.sg
web www.fia.com.sg

stick ey.
SEE
CHOOSE
stickkey®

## PRODUCT SPECIFICATIONS

Anti-slip protection originates from proprietary egrips® and are made in USA.

As a contactless payment and security access media, it utilises RFID LF/HF technology which is compliant with RF comunication protocols ISO/IEC 14443 Type A, Type B and ISO/IEC 15693 18000-3.

stickkey® is manufactured under ISO9001:2000 & ISO/TS16949:2002 certified production processes and can maintain optimum performance within operation temperatures -25°C to 85°C.

Electronic packaging of complete stickkey® RFID solution uses fully automated processes. The total thickness of stickkey® is less than 0.75mm.

RF Interface and contactless communication protocols are fully optimised during production.

Unique to stickkey®, operation in metallic environments is enhanced by EMI Absorber sheet with protective layers - improved durability and reliability.

# NOW YOU KNOW.

©Fast Innovations Asia. All rights reserved

## WHAT IS A STICKKEY®?

Every stickkey® is an egrip®.
But not every egrip® is a stickkey®.

A stickkey® is an egrip® with an RFID (Radio Frequency Identification) chip embedded in it.

Like the name suggests, stickkeys® perform traditional functions of a key or a keycard but with added advantages. Mobile phones in our era have become a necessity for everyone. People no longer leave their homes without their mobile phones.

egrip® are high-quality, self-adhesive & high-coefficient-of-friction silicon stickers you stick at the back of your mobile phones. PDA or an handheld devices to prevent slippage on virtually all surfaces. stickkeys® use egrips® on it's top layer.

Keyless access for your locks, cashless transactions for your purchases and loyalty points accumulation from your favourite outlets can now be accessible as long as you have your stickkey® with you.

And you will... because you will have your mobile phone with you wherever you go.

### key 1

*noun (pl. keys)*

*1. a small piece of shaped metal with incisions cut to fit the wards of a particular lock, and that is inserted into a lock and turned to open or close it.*

Like the definition suggests, a stickkey® does everything a key does and more. It can take on the role of a credit card, a transportation card, a traditional key and even a loyalty scheme card without the traditional boring look of a piece of metal with incisions! stickkeys® are contactless! Its a simple 'tap n go'.



## STICKKEY®, a key service for your business?

**What does the potential of stickkeys® mean for your establishment?**

Stickkeys® can be implemented for a wide range of uses, ranging from consumer behaviour tracking to logistic functions.

When you decide to implement stickkeys® into your business and reap all the benefits and conveniences that it brings, we offer you not only the product, but the whole service which includes the setting up of the whole infrastructure and any service that you might require thereafter.

From the design to the conceptualization to the manufacturing to the training of your staff including all equipment essential to the implementation of stickkeys® will be provided.

Enjoy the benefits, leave the details to the experts...



### Micropayment Capabilities

The potential of micropayment possibilities on stickkeys® are endless. A stickkey® can act as a credit card or even a stored value medium for purchases or services.

In short, you can actually leave your wallet at home. You only need your mobile phone with you to realise that your stickkey® has completely replaced your reliance on cash or credit cards! The future is in your hands.

### Room Access Systems

A stickkey®, like the name suggests, functions much like a traditional key. Users can easily access elevators and rooms with stickkeys® which they stick to the back of their phones. No more searching for keycards!

When they leave, they can take the stickkeys® with them. Advertising for you, a practical souvenir for them that prevents their mobile phones from accidental drops and scratches.

### A Key component in a Visitor Management Systems

Just like how your SFF ticket is a stickkey®, stickkeys® can be used in visitor management systems.

Where visitors can gain entry into an event with a stickkey® instead of paper tickets. Not to mention that event organisers now have a real time visitor tracking system which is easy to use and fuss free.



# EXHIBIT 5

# stickkey ®



## Using the stickkey® adhesives

1. Ensure that the surface of the phone is clean and free from dirt and oil.

2. Remove clear protective film from stickkey® adhesive.

3. Peel the stickkey® from the card and apply to the device.

If it loses its grip, wipe with your finger or a damp cloth to return the original grippiness.

The stickkey® must be in contact with a clean surface in order to grip...the more surface contact, the more it grips.





CAUTION: Never place phones or accessories over airbags in vehicles. This may cause serious injury in the event of an accident.

stickkey® is a registered trademark of stickkey security access pte ltd

patents pending






*When applied to flat surfaces, this high performance material provides the most advanced anti-skid surface in the world!*

Exclusive distributor:
Fast Innovations Asia Pte Ltd. 103 Beach Road #03-01 Premier Centre Singapore 189704
Tel: (65) 63388816 Fax: (65) 63388863 Email: info@fia.com.sg www.fia.com.sg



stop slides today!

# EXHIBIT 6



## A More Secure Future In Your Hands

Stickkeys™ are contact-less mobile phone RFID (Radio Frequency Identification) access stickers with a twist... Having one of them on your mobile phone protects it from slipping off any surface (patented technology provided by egrips® USA), while providing you the convenience of RFID application.

### Using Your SFF 2008 Stickkey™:

1. Ensure that the surface of the phone is clean and free from dirt or oil.
2. Remove the clear protective film from your SFF 2008 Stickkey™.
3. Peel your SFF 2008 Stickkey™ strip from the card and apply it to your phone.
4. Your SFF 2008 Stickkey™ is now ready to provide you secure access and a world of convenience.

### NOTE:

1. Do not cut your SFF 2008 Stickkey™. Stickkey™ is a state-of-the-art RFID device with a microchip and antennae inside. Cutting could possibly disable the delicate components inside and render your SFF 2008 Stickkey™ ineffective.
2. If your SFF 2008 Stickkey™ loses its grip, wipe it with your finger or a damp cloth to return it to its original grippiness.

Stickkey™ is a registered trademark of Stickkey Security Access Pte Ltd.
Product of Singapore • Patents Pending
© 2007-2008 Stickkey Security Access Pte Ltd

**Worldwide Exclusive Distributor:**
Fast Innovations Asia Pte Ltd, 103 Beach #03-01 Premier Centre Singapore 189704
Tel:+65-6338 8836  Fax:+65-6338 8863
Email: stickkey@fia.com.sg  Website: www.fia.com.sg

ast    Asia    stickkey™



# SINGAPORE

ANOTHER UNIQUELY Singapore EVENT

28 MARCH - 6 APRIL 2008

2008

presented by  

# EXHIBIT 7




**Never slips.**





| Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us |

**Our products**

Visit our product pages for more information

# Welcome to
# Fast Innovations Asia (FIA)
# homepage



FIA are exclusive distributors of **egrips®**, which is made in the USA and makes all your portable devices non-slip.

**stickkeys®** are egrips® embedded with RFID chips that allows you to do away with extra contactless cards that crowd your wallet or handbag. **stickkeys®** are ready to replace your door keys, credit cards, membership cards, transport cards as well as any information storing high-encryption cards for a myriad of uses. All this on a sticker which sticks to you phone, with you, wherever you go.

**ewypes™** are a brand new, made in Japan, washable, non-adhesive sticker that you carry on your phone and lets you wipe the grime and fingerprints off your precious mobile phones, notebooks and spectacles. These amazing little stickers are very technologically advanced and practical at the same time.

All our products can be personalized with your brand and logos and that's what we deem 'one-on-one advertising'

Read our **News** here (updated 26 Aug 08)

### Our commitment to you

FIA is committed into bringing to you, innovative and functional products and services that are meant to improve lives while making life more fun.

Click on one of the product categories on the right sidebar to see individual products and services. Feel free to contact us if you have any queries.

# Your imagination starts here!



BUSINESSTRUST

Copyright© 2005-2008 fast innovations asia pte ltd

Terms & Conditions     Privacy





Contactless access with
non-slip, RFID StickKey

Exclusive one-on-one advertising

| Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us |

**Our products**

Visit our product pages for more information

**Our Company**

**FAST INNOVATIONS ASIA PTE LTD**

Previously known as First Innovation Asia in 2005-2007, Fast Innovations Asia maintains our commitment to high quality products and services to introduce new media to Asia and beyond.

We are located at:
**103 Beach Road Premier Centre #03-01 Singapore 189704**
**(corner of Tan Quee Lan Street and Beach Road, next to DHL balloon)**

We have operations in China, Taiwan, Hong Kong, Vietnam, India and Thailand and are continuing our expansion plans into Asia Pacific Region.

FIA is dedicated to becoming a world-class secured access medium of choice, at same time, providing solutions riding on cutting edge technology to make lives more convenient with an element of fun and originality.

Our **8 Core Values** are summarised as follows:

1. Build and maintain strong relationships.
2. Committed to using class leading technology.
3. Building a culture of the "Entrepreneurial Spirit"
4. Giving back to society.
5. Doing the "right" thing.
6. Creating shareholder value.
7. Treating our employees well.
8. Infuse creativity

Fast Innovations Asia Pte Ltd is a Singapore registered company limited by shares whose majority shareholder is Stickkey Security Access Pte Ltd, also a Singapore registered company limited by shares.

Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd



Exclusive one-on-one advertising

Home | Our company | Technology | Case studies | Distribution info | FIA news | Contact us

Our products

Visit our product pages for more information

## Technology

Stickkeys® - Radio Frequency Identification and technical specifications

egrips® - super grippy material that defies gravity...what is it?

Ewypes™ - amazingly high tech...how does it work?



Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd





Exclusive one-on-one advertising

| Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us |

**Our products**

Visit our product pages for more information



### RFID technology explained

- Radio Frequency Identification (RFID) uses transponders usually called Tags that have an Antenna and an ASIC (Application Specific Integrated Circuit) with memory.
- RFID uses radio waves to communicate information from a 'Tag' to a 'Reader' via an 'Antenna'. The tag can be described as a small radio transmitter. Using the reader (an electronic device that communicates with the tag) and antenna it is possible to read the data stored on the tag. The data can consist of serial numbers, security and or products codes. When the reader has read the tag data the information is then passed on to a host system.
- Also called proximity cards, no actual contact is necessary for identification to work
- Tags can store data, alphanumeric as well as decimal numbers, both of which can be modified and updated (read/write).
- RFID tags/labels are robust and can work in harsh environments.
- RFID technology has enabled 100% readability of tags / labels.
- Tags are less prone to damage and tampering (unobtrusive).
- Tags do not require line of sight.
- Anti-collision feature in RFID allows many tags to be read simultaneously.
- Tags can be used over and over again.
- oNo measurable interference with mobile phone usage.
- Common applications are your staff ID cards, easi-link transport cards, EssoMobil Speedpasses and vehicular gantry passes.



Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd



**Exclusive one-on-one advertising**

Home    Our company    Technology    Case studies    Distributor info    FIA news    Contact us

**Our products**

Visit our product pages for more information

stickkey®

egrips® appliqués

ENYPES™

### egrips® technology

When people first come in contact with egrips technology material, their most common reactions are, "What IS this stuff?", "Is it Magnetic?", "How is it so sticky?", "Can I put it on my kids?" ...



**Well, "This Stuff" is not a magnet, nor is it sticky, but the amazing performance of egrips® Technology Material is nothing short of magical.**

Made from a specially formulated, patent pending, dimpled silicone elastomer, the material has an extremely high coefficient of friction, which prevents devices from sliding around on dry surfaces, like car seats, center consoles, counter tops, desktops, laptops and even your shirt sleeve.

**Why companies choose egrips® Technology Material**

o        It Outperforms any non-skid material on the market today!

o        Standard Clear color for an instant color match, with many other color possibilities.

o        Lower Profile than current materials on the market which means more versatility

o        Can be combined with product labels to provide an anti-skid pad and a label in one piece

o        Replaces Santoprene® and other TPRs (Thermo Plastic Rubbers) by eliminating injection molding expenses, providing a better grip, and allowing for multi-color logos/graphics.

o        Does not collect dirt and is easily cleaned



| Current Applications for egrips® Technology material | |
|---|---|
| **THIN PROFILE FEET:**<br><br>○ Medical Equipment<br>○ Portable Test Equipment<br>○ Laptop Stenographic Keyboard<br>○ Laptop Heat Dissipating/Cooling Pads<br>○ Gamer Mouse Pads<br>○ Clipboards<br>○ Garage Door Openers<br>○ Toll Tags<br><br>**GRIP APPLICATIONS:**<br><br>○ Inside Circumference of Exercise Hoops<br>○ On Wheelchair Cushions (prevents sliding, replaces Velcro)<br>○ Discrete Shapes for Motocross Bikes (allows legs to grip the body of the bike)<br>○ Inside of Headset "band" (prevents from sliding on head/hair)<br>○ Fingertip Pads (w/hypoallergenic adhesive) for paper sorting<br>○ Grips on Paintball Guns<br>○ Grips for handheld devices | **ANTI-SKID PADS:**<br><br>○ Bottom of Magnetic Mounted GPS Antennae<br>○ Bottom of Fold-Up Portable Keyboards<br><br>**FRICTION PAD:**<br><br>○ On Battery Door Cover to Facilitate Opening by pressing with Thumb<br>○ To Secure Battery in Medical Device<br>○ Finger Grip on Spraying Devices<br><br>**TACTILE SURFACE:**<br><br>Provides a comfortable feel when used as the overlaminate on a flat membrane keyboard (used on a stenographic keyboard) |

| Typical Product Properties - Dimpled, Silicone Rubber with Acrylic Adhesive | | |
|---|---|---|
| **PHYSICAL PROPERTY** | **TEST METHOD** | **VALUE** |
| Thickness:  inches<br>mm | | 0.014" – 0.018"<br>(0.36 – 0.46) |
| Standard Color | | Clear |
| Hardness (Durometer) | Shore A | 15 ± 3 |
| Temperature Range | | -40° – 300°F<br>(-40°C – 149°C) |

| Coefficient of Friction | ASTM D 1894 | |
|---|---|---|
| Static | On Steel<br>On Glass | 7.89<br>7.46 |
| Kinetic | On Steel<br>On Glass | 4.59<br>4.01 |
| Staining | ASTM D 925-88 (00), Method A<br>Acrylic Enamel Finish Metal<br>Polyurethane Coated Wood | Pass<br>Pass |
| Adhesive<br>180° Peel - Stainless Steel<br>Liner | Acrylic<br>Oz/inch<br>Polyester | 2 mil<br>65<br>2 mil |

Lead, Mercury, Hexavalent Chromium, Cadium and Brominated compounds, such as polybrominated biphenyls and polybrominated diphenyl ether have not been analyzed for specifically, but please let me assure you that these compounds are not intentionally added to this product. Further, to the best of your knowledge, the egrips® Technology Material product does not contain any of those substances.

This statement is based upon our knowledge of the raw materials used in the manufacturing process, in conjuction with the information provided on the MSDS sheet for those raw materials.

**Click Here for MSDS Sheet**

   

Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd




**novations**

## ASIA

**Contactless access with
non-slip, RFID StickKey**




*Exclusive one-on-one advertising*

Home   Our company   Technology   Case studies   Distributor info   FIA news   Contact us

**Our products**

Visit our product pages for more
information

### ewypes™ technology

ewypes™ are made in Japan and are patent pending.

no more grimy phones or fingerprint ridden computer screens!

ewypes™ are made with super high quality japanese micro fibre material. The
cross-section of the micro fibre can fit an uneven surface and catches dust and
grime completely. Made of fine soft nylon,
ewypes™ does not damage your screen and maintains spotless and squeaky
clean condition on the screen of your mobile phone or computer screens.

the back of ewypes™ are made of special non-adhesive(not sticky) micro
suction technology and can stay rooted to any shiny surfaces like the back of
you mobile phones and notebook computers. it can be removed and washed
and reused many many times over!



**stickkey®**

**egrips®**
appliqués

**EWYPES™**





**stick it on the back of your
phone**                    **peel it off**                    **wipe your screen**

Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd




Never slips.
Always grips.



Exclusive one-on-one advertising

Home    Our company    Technology    Case studies    Distribution info    FIA news    Contact us

**Our products**

Visit our product pages for more information



## Case studies

These customers are using our products for branding purposes.

- Microsoft
- Exxon Mobil
- M-hotel
- Singtel
- 3M
- Legg Mason Asset Management
- Geek Terminal
- ebay singapore/thailand/philippines
- AMTB.ORG.TW- Taiwanese Buddhist Federation
- Howl at the Moon Singapore
- Geek Terminal Singapore
- Sinema@ Old School - The Days Movie Launch
- Tour of MISIA Discotheque Asia Concert
- National Basketball Association (NBA)
- Singapore Freeport
- em-Fortis Thailand
- Sony BMG
- Mediacorp Mocca
- Mediacorp xin.sg
- MasterCard
- Singapore Tourist Promotion Board
- EpiCentre
- China Mobile
- Gigabyte Taiwan
- Prime Minister's Office Citizen Population Unit
- Workforce Development Agency Singapore
- Mendaki Foundation
- Shanghai Putian
- Volkswagen
- Pirelli
- Hewlett Packard
- IBM
- Nokia N81 launch
- Nokia Forum
- Shanghai Expo 2010
- Association of Women's Doctors
- Safra
- Adobe
- Nanyang Technological University
- Singapore Polytechnic
- Taiwan Beer
- Gelare
- Colorzip
- Singapore Press Holdings

- St Lukes

**Stickkey®**

Mar/Apr 08 - Singapore Fashion Festival Technology Partner - Stickkeys™ to used as VIP entrance tickets to show in Tent @ Ngee Ann City

May 2008 - 'The Faculty' - arts school using Stickkeys® as micropayment and settlement membership cards more at faculty website

August 2008 - GeekTerminal launches stickkey® as micropayment andmembership card

September - Howl at the Moon (emerald hill) pub/live music stickkey® launch

September - F1 Sky Lounge - VIP Access for viewing of first ever night race for Singapore F1 at Fullerton Hotel

**upcoming projects**

- Taipei public transport transit stickkeys - Kaohsiung Rail Video here
- Singapore public transit stickkeys
- major credit card stickkeys - USA
- various tradeshows/conferences in the region

Terms & Conditions    Privacy

Copyright© 2005-2008 fast innovations asia pte ltd



Exclusive one-on-one advertising

Home    Our company    Technology    Case studies    Distributor info    FIA news    Contact us

**Our products**

Visit our product pages for more information

**Distributors info**



FIA has presence in the following countries:

- China
- Taiwan
- Hong kong
- Vietnam
- Thailand
- Australia
- European regions of EFIGS

FIA is looking for partners/distributors in the following countries:

- Malaysia
- Indonesia
- Philippines
- India
- Sri Lanka
- Bangladesh
- USA
- Latin America
- New Zealand
- Eastern Europe

Contact us for more information

Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd





novations

ASIA

Never slips.

Exclusive one-on-one advertising

**Our products**

Visit our product pages for more information

Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us



**In The News**

**Hot off the Press - 21 Aug 2008**

geekterminal launches **stickkey®** on 26 august 2008!
Full press release here

**Molinu.org's definition of stickkey®**

**Stickkeys®** test in Kaohsiung, Taiwan train system
successful, implementation to follow in August
Watch Video here

**Stickkeys®** article on front page Straits Times
(communicasia 2008)
newspaper edition here
internet version here

**Stickkeys®** article on shin min daily news(chinese) here

**Stickkeys®** in action review on french site
mobifrance.com here

**Stickkeys®** techielobang review here

**Stickkeys®** review on w3sh here

**Stickkeys®** review on CNET asia here

**Stickkeys®** review on Asiaone.com here

**Stickkeys®** review on Youth.sg here

**Ewypes™** reviewed the news on saturday 7th june(ch8
and channel U) watch for it! 6.30pm 10pm 11.30pm. View
article on xin.sg here
view channel 8 video here

**Ewypes™** ad on Singapore Polytechnic's Oops Magazine
here

Videos of Stickkey® 2008 SFF news here
Channel 8 news | CNA news | Channel U

**Stickkeys®** is official technology partner for Singapore
Fashion Festival 2008-
Read Press Release in English and Chinese here

Mediacorp xin.sg review on stickkeys® here

ChannelNewsAsia review on stickkeys® hereß

AsiaOne review on stickkeys® here

Singapore Tourism Board news here

business news

Hardwarezone Press Release - 26 Feb 2008
Read the article here

Malaysian 'THE SUN' press article - 17 Mar 2008 Read
article here

**Cnet review on stickkeys® Oct 5 2007**
*"we get to do something we've always wanted to: Clap
both hands, shout "open sesame", and let that RFID egrip
do the magic. Orchestral music optional."*
FULL REVIEW

**egrips® advertisement on GameAxis Sep 2007**

**egrips® review on OneMotoring Jan 2007**
*"but from the USA comes a revolutionary product that can
truly help you protect your mobile phone."*
FULL REVIEW

**egrips® review on CNet Asia Mar 2006**
*"we reckon it's one accessory well worth investing in."*
FULL REVIEW

Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd