


Exclusive one-on-one advertising

Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us

### Contact us

**Fast Innovations Asia Pte Ltd**

Leonard Wee - Group MD/ Founder

Michael Tan - Group COO, GM Greater China

Edwin Wu - Group CTO, Country Manager Taiwan

Zachary Chan - Country Manager Hong Kong

Pek Beng Choo(Ms) - Group Admin Manager

Philip Chong - Sales/ Marketing, Singapore

Desmond Low - Sales, Singapore

**103 Beach Road Premier Centre #03-01 Singapore 189704**

**(corner of Tan Quee Lan Street and Beach Road)**

**mainline: (65) 63388836**
**fax: (65) 63388863**

**email all enquiries here**

**Interested to work for us?**
**email us today!**

**Our products**

Visit our product pages for more information

stickkey®

egrips® appliqués

EWYPES™

Ewypes® and 1key® are registered trademarks of Fast Innovations Asia Pte Ltd
Stickkey® is a registered trademark of Stickkey Security Access Pte Ltd
All rights are reserved by Fast Innovations Asia and Stickkey Security Access Pte Ltd

Terms & Conditions          Privacy

Copyright© 2005-2008 fast innovations asia pte ltd




Exclusive one-on-one advertising

| Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us |

**Our products**
Visit our product pages for more information



## Terms & Conditions

**Warranty of Goods/Services**
All our goods/services will serve their intended functions.

**Terms of Warranty**
All warranty conditions are stated in the product/services information provided, unless the manufacturer has provided none.

**Prices**
All our prices are nett. No discounts will be given unless during monthly promotions.

**Delivery services**
Delivery is free for goods purchased above S$100.00 and delivered within Singapore. Deliveries outside of Singapore will be charged according to the prevailing shipment rates.

**Payment Processing**
We only accept VISA, MASTERCARD, NETS & Corporate cheque payments.
We ensure accuracy in our billing as all our transactions are automatically processed.

**Cancellation of Orders**
We will refund the amount paid if the order is cancelled due to the unavailability of goods or our inability to deliver the goods within the agreed time frame.

We will not entertain any cancellations once the order is confirmed and submitted by the customer.

**Confirmation of Orders**
We will send an electronic acknowledgement to the customer within 24 hours upon
successful submission of the electronic order. If items ordered are unavailable, a
message will be sent to the customer for further action.

**Exchange & Refunds**
All our goods sold are non-exchangeable and non-refundable.

**Feedback**
We welcome your feedback. Should you feel dissatisfied with any of our goods or services, please contact us at Mobile: +65 98338896, Email: info@fia.com.sg.

Alternatively, customers may refer their complaints to the BusinessTrust Secretariat if they are not satisfied with the resolution of the complaint. Complaints can be referred to

**BusinessTrust Secretariat**
Mr. Ramesh Vakkiprath
35, Selegie Road, #09-25, Parklane, Singapore 188307

Email: ramesh@cnsg.com.sg
http://www.commercetrust.com.sg

Terms & Conditions     Privacy

Copyright© 2005-2008 fast innovations asia pte ltd



| Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us |

**Exclusive one-on-one advertising**

**Our products**

Visit our product pages for more information



**stickkeys®**

egrips® with rfid chips that can replace your contactless proximity cards - you can now open doors, pay bills, access MRTs and many other more applications....with a tap of your mobile phone - with the amazing invention of stickkeys®

stickkeys® are patent pending and all rights are owned by *Stickkey® Security Access Pte Ltd* (majority shareholder of Fast Innovations Asia Pte Ltd)

Current Applications are classified into 3 broad categories:

1) secured entry stickkeys® e.g. hotel room/office/home access.
2) loyalty points stickkeys® for fast food/hotels/departmental stores etc
3) transportation stickkeys® (MRT/Bus) and micropayment stored valued stickkeys™.

Stickkeys® have been tested and trialed with these types of rfid chips within the 13.56Mhz band (HF)-

ISO 14443 - MIFARE A/B/ULTRALIGHT/SMART MX/SRIX4K
ISO 15693 - INFINEON MY-DLIGHT/NXP ICODE/ST MICRO

average reading distance when on a mobile phone or metal surface is in excess of 30-40mm in most cases and frequency gain is managed within readable threshold of standard rfid readers.

email us if you want a product demonstration or for a full pdf presentation to be emailed to you. download presentation here

The Bundling of Innovation begins with Stickkeys®....

view PDF presentation of stickkey® brochure





**stickkeys®** - combining the best of many worlds - for your convenience...

**stickkeys®** are patent pending and all rights are asssigned to Stickkey Security Access Pte Ltd, a registered company incorporated under the laws of Singapore, by inventor Leonard Wee, a Singapore Resident.

Tems & Conditions    Privacy

Copyright© 2005-2008 fast innovations asia pte ltd




Exclusive one-on-one advertising

Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us

**Our products**

Visit our product pages for more information



**EGRIPS®**

**Types available:**

**RETAIL EGRIPS®** - what you can purchase in the stores in various cool designs for various uses and sizes

**ADVERTISING SPECIALITY EGRIPS®** - adspecs, as we call them; you print this with your company logos and information you want to have in the hands of your customers. minimum orders begin at 500pcs

**FREQUENTLY ASKED QUESTIONS** - everything you need to know about egrips®

**Our egrips® wall**



**Ordering Instructions:**

1. decide if you want stock preprinted cards or design your own cards
2. download artwork requirements file
3. email artwork including bleed in proper approved format in CMYK 300dpi to FIA
4. proof will be sent within 24 hours
5. after approval, please allow 2 weeks for printing in USA.
6. egrips® will be shipped to your office in the next 5 days via fedex.

prices start from SGD 1.60 per full advertising card with egrips® non-slip strip. (depending on volume purchased)

contact us for an appointment today!

   

Terms & Conditions   Privacy

Copyright© 2005-2008 fast innovations asia pte ltd






**Our products**

Visit our product pages for more information



### egrips® for retail

phonetredz® - the perfect size for almost every mobile phone in the market. at 1"x2", this cool piece comes in many various designs. To see our list of current stock in Singapore, click here.

universal designs - these come in as 6pc or 12pc packs and can be used to fit many items in the household. These discounted packs are very versatile and come in various colors too. Save more when you get universals. see more

custom designs - just bought that new apple ipod or iphone, blackberry, palm, dopod and want custom laser cut designs to protect your latest purchase? These specifically cut designs will definitely interest you. Examples here. Enquire about our current models we stock here

CLICK here for more information on advertising with egrips®



**Defy gravity!**

   

Tems & Conditions   Privacy

Copyright© 2005-2008 fast innovations asia pte ltd



### egrips® Advertising Specialty - The World's biggest advertising space

egrips® adspecs allow you to put billboards on your customers' phones. Now you customers can advertise your logo and brand wherever they go...

imagine if your customers carried your logo and brand wherever they go... egrips® is the new media space that follows your customers...wherever they go!

view adspec presentation pdf here

**generic adspec** - budget advertising with your own custom egrips® (1"x2") on our stock cards. choice of 3 different cards.

**full custom adspec** - full design of card backing (6.5"x3.5") front and back, 4Cx 4C and custom egrips® (1"x2").

   





   

Copyright© 2005-2008 fast innovations asia pte ltd

Terms & Conditions  Privacy







**Our products**

Visit our product pages for more information



### EGRIPS®

### FREQUENTLY ASKED QUESTIONS (FAQ)

**What is phonetredz® egrips®?**

After years of careful research we found that a single piece of phonetredz® (1"x2") will fit 95% of all phones. This little strip gives an optimal grip even in used on large pdas and mp3 players. Phonetredz are the most versatile in terms of fitment and designs.

**What is the lead time for made-to-order egrips® phone appliques?**
3 weeks from after receiving final artwork. They are shipped from Texas, USA.

**What is the minimum order quantity?**
The minimum order quantity in a single print run is 1000 for the custom-printed backing card and 500 for the pre-printed backing card. Print runs with different designs can be grouped to achieve price breaks. The minimum quantity of any one design in a grouped print run is 1000.

**How good is the printing quality?**
egrips® phone appliques are printed in high resolution and full digital CMYK offset process for backing cards. Printing for the appliques are done on white label stock using an HP Indigo digital printer with a print resolution capability of 800 x 2400 dpi, i.e. the higher resolution artwork you give us, the better the print quality. Minimum requirements are 300dpi.

All types of graphics, photos and logos print crisply in strong vibrant colours. The beauty of your phone applique is only limited by the creativity of your designer.

Because the printing is by digital process the price is the same regardless of the number of colours.

**Will the printing eventually wear off?**
No. Your logo is printed on label stock which is then over-laminated by the egrips® technology clear silicone rubber material and is protected from wear for the life of the applique. This is unlike traditional silkscreen methods which is printed on the sacrificial layer and is subject to wear and tear.

**What kind of surfaces will the egrips® phone applique work on?**
Almost any kind of clean, non-dusty or non-oily surface - plastic, metal, wood, cardboard - and even fabric. Keep your phone on your lap or dashboard when you are driving. Be sure to clean the surface of application from oil and dust when you apply.

**What is the size of the egrips® phone applique?**
The egrips® phonetredz applique is approximately 1" wide and 2" long, which is optimal for more than 95% of commercially popular phone models.

**Can we order the phone applique without the egrips logo?**
No. The egrips logo is always printed on the phone applique. This registered trademark is an essential part of egrips branding and your

guarantee of product quality.

However, the logo may be positioned to fit in with your design.

### How do egrips® phone appliques protect my mobile phone or other hand held device?

egrips® phone appliques are super grippy appliques that prevent your device from slipping and sliding off solid surfaces, off your lap or out of your hand. A recent study found that more than half of the returns for electronic devices were because of breakage through careless handling.

egrips® phone appliques protect against accidental drops which not only could cause surface damage to your phone but also result in the loss of valuable data. They also reduce the incidences of phones needing repairs. This can result in lowering the cost of mobile phones in the future as warranty returns make up a big portion of the cost of each mobile phone.

egrips® phone appliques adds a sacrificial layer to protect your phone from scratches and nicks when placed on any surface.

### How do I put the egrips® phone applique on my mobile phone or other hand held device?

egrips® phone appliques have a self-adhesive backing, making them easy to apply to any device. To help the adhesive make a good bond the surface should be cleaned well, preferably with an alcohol swab.

### How long will egrips® phone appliques last?

egrips® phone appliques last a long time under normal wear and tear. egrips® phone appliques aggressively grip to almost anything that they come in contact with so sliding your device in and out of tight fitting holders, chargers or pockets will tend to wear down the surface of your egrips® phone appliques faster.
Typical users have it on their phones for a year without any problems, but this hugely depends on how often you use your phone and where you store it. The average phone user keeps their phone for an average of 9 months (PCGear Statistics 2006), so the life of egrips® outlasts the average lifespan of a mobile phone.

### How can I get the most life out of my egrips® phone applique?

egrips® phone appliques adhere better and stay in place longer when applied to a smooth, clean and dry surface and the bond allowed to set for a few hours immediately after application. Avoid rubbing the edges of your egrips® phone traction to prevent the edges from lifting up. To ensure that your egrips® phone applique remains in good condition, do not attempt to push or slide the device once the egrips® phone applique is in contact with another surface. Keep your egrips® phone applique clean and dust free to maintain grippiness.
egrips® phone appliques are good for 1 time application and should not be transferred to another device. This is because when you attempt to peel it off, dog ears inevitably forms at the edges, allowing for dust and grime build up and hence unsightly and non-optimal for grip, allowing increased deterioration of the bonding between the grip and phone surface.

### How do I maintain the grippiness of my egrips® phone applique?

Dust and grime can temporarily affect the grippiness. The appliques and the surface they are put on, both need to be clean for best results. The good news is that egrips® phone appliques that are handled all day tend to keep a high level of grippiness without the need for regular cleaning.

The top surface of egrips® phone appliques is pure silicone elastomer and can be easily cleaned.

To completely restore grippiness wipe the phone applique clean with a damp cloth. For stubborn grime use a little detergent or an alcohol swab.

### Can I trim egrips phone appliques to suit the size and shape of my device?

Yes. egrips® phone appliques can be easily trimmed with sharp scissors before application. Trimming after application may damage

the surface of the device and reduce the effectiveness of the backing adhesive. Make all the corners rounded as sharp corners catch and can be readily peeled off unintentionally.

**How do I remove an egrips® phone applique from my mobile phone, PDA or other hand held device?**
Even though egrips® phone appliques are designed to stay on your device, the adhesive backing is formulated to leave little or no residue. Any residues can be easily removed with alcohol wipes after removing the egrips® phone grip. Once egrips® appliques have been removed from a device the adhesive backing loses some effectiveness and will not adhere well to another device. They should be discarded after peeling off.

**What is printed on the reverse side of the backing card?**
The standard backing card is printed with our standard instructions for applying and using the egrips applique.

**Can I have my own artwork on both sides of the backing card?**
Yes. We review this on a case by case basis. Kindly email

**Can I have full colour printed on the reverse side of the backing card?**
Yes. Please see the examples in the Examples page on this website. There is a small additional charge for printing full colour on the reverse side of the backing card. for example for a 10,000 piece order the increase in cost is about 6-10 cts.

Kindly email any more questions you have to any one of us at FIA and we'll be more than glad to answer your questions.

   

Tems & Conditions    Privacy

Copyright© 2005-2008 fast innovations asia pte ltd



Exclusive one-on-one advertising

Home | Our company | Technology | Case studies | Distributor info | FIA news | Contact us

**Our products**

Visit our product pages for more information



**ewypes™**

cool, fun, useful - excellent advertising tool!

just stick this non-adhesive(micro-suction) stickers on your phones, laptops, computer screens.

peel them away and the microfibre side will wipe away all dirt and grime from your screens to leave them perfectly squeaky clean!

no more grimy, oily phones or laptop screens full of unsightly fingerprint marks with ewypes™.

can be used in conjunction with egrips® on mobile phones and laptop computers and complements each use very aptly.

view ewypes™ presentation here





    



standard ewype™ is 28mm x 28mm on a card that measures 550mm x 900mm in clear plastic wrap

customised ewypes™ are possible- can be die-cut into any shape and size you require. Enquire here for all current stock of dies

email for prices - minimum order quantity 1000pcs

Tems & Conditions    Privacy

Copyright© 2005-2008 fast innovations asia pte ltd

JS 44 (Rev. 10/06)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**RECEIVED U.S. DISTRICT COURT NORTHERN DIST. OF TX FT WORTH DIVISION**

**2008 SEP 26 PM 3:40**

**CLERK OF COURT**

## I. (a) PLAINTIFFS
Flexible Innovations, Ltd. and Fred A. Antonini

### DEFENDANTS
Stickkey Security Access Pte, Ltd, Fast Innovations Asia Pte, Ltd., and Leonard Wee

**(b)** County of Residence of First Listed Plaintiff: Fort Worth
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Richard L. Schwartz, Whitaker, Chalk, Swindle & Sawyer, LLP, 301 Commerce St., Ste. 3500, Fort Worth, TX 76102; 817-878-0524

Attorneys (If Known)

**4-08CV-582-Y**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: Federal trademark infringement under 15 USC §1051 et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,000+
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 9.26.2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # FWAT  AMOUNT 350  APPLYING IFP ____  JUDGE Y  MAG. JUDGE ____

JS 44 Reverse (Rev. 10/06)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

   **(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

   **(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.   Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example: U.S. Civil Statute: <u>47 USC 553</u>
                         Brief Description: <u>Unauthorized reception of cable service</u>

**VII.   Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference cases that are related to this filing, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is "related" to this filing if the case: (1) involves some or all of the same parties and is based on the same or similar claim; (2) involves the same property, transaction, or event; (3) involves substantially similar issues of law and fact; and/or (4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

# United States District Court
## Northern District of Texas

## Civil Filing Notice - Fort Worth Division

CIVIL ACTION NO: __4-08CV-582-Y__

This case has been assigned to District Judge: _____

(Complete if applicable)
TRANSFERRED FROM: _____   DATE FILED: _____

Civil cases are assigned to a judge by random draw. A docket clerk for each judge maintains the recording of documents filed with the Clerk. A complete list of phone numbers for both the judges' chambers and the docket clerks is provided.

| Judge | Court Settings | Pleadings Filed |
|---|---|---|
| (A) Judge John H. McBRYDE | (817)850-6650 | (817)850-6611 |
| Even Cases: 850-6652   Odd Cases: 850-6653 | | |
| (Y) Judge Terry R. MEANS | (817)850-6673 | (817)850-6612 |
| (BE) Magistrate Judge Charles BLEIL | (817)850-6690 | (817)850-6697 |

For access to local rules, attorney admission information, frequently asked questions, common forms, filing instructions, and records information, please visit our web site at **www.txnd.uscourts.gov**. To speak to someone in the district clerk's office, please call (817) 850-6601.

To receive electronic access to court docket sheets and filed documents, contact the PACER Service Center at **www.pacer.pcs.uscourts.gov** or by phone at 1-800-676-6856 for a log-in and password.